IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR ROBINSON,

    Plaintiff,

v.                                         Case No.  20-cv-203-bbc

SANDRA MCARDLE, JOLINDA
WATERMAN, AND MARK KARTMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/2/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |