IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR ROBINSON,

    Plaintiff,

v.

SANDRA MCARDLE, et al.,

    Defendants.

ORDER

Case No. 20-cv-203-bbc
Appeal No. 20-3176

Plaintiff Victor Robinson has filed a notice of appeal from the court's November 2, 2020 order. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff has not submitted a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Victor Robinson may have until December 23, 2020 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 8th day of December, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge